# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00525-CV

### In re Shaun DeMello

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

Relator, who is acting pro se, has filed a petition for writ of mandamus complaining of the "Williamson County Clerk's non-ministerial rejection of Relator's timely filed Motion to Contest Rent and subsequent defensive pleadings."

Relator designates the respondent as the Williamson County Clerk, but this Court's mandamus jurisdiction is expressly limited to: (1) writs against a district court judge or county court judge in this Court's district, and (2) all writs necessary to enforce our jurisdiction. *See* Tex. Gov't Code § 22.221. Thus, we have no jurisdiction to issue a writ of mandamus against the county clerk unless necessary to enforce our jurisdiction, and our jurisdiction is not implicated here. Accordingly, we must dismiss the petition for writ of mandamus for want of jurisdiction to the extent that Relator seeks relief against the Williamson County Clerk.

Further, to the extent that Relator's petition could be construed as seeking mandamus relief against the trial court, we deny the petition.[1] *See* Tex. R. App. P. 52.8(a).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Filed:   June 17, 2026

---

[1] To the extent that Relator is requesting that this Court appoint counsel to represent him, we also deny this request.